UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEENA ALI and YAJAIRA BADILLO,<br><br>                                Plaintiffs,<br><br>-against-<br><br>HIGH-STEPPERS CORP., et al,<br><br>                                Defendants. | Case No. 1:24-cv-03938 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court was informed at Dkt. 11 that the parties in this action have reached a settlement. No later than November 22, 2024, the parties shall submit their materials for settlement approval pursuant *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Dated: October 25, 2024
       New York, New York

                                                    SO ORDERED.

                                                    JENNIFER L. ROCHON
                                                    United States District Judge